UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,   Case No. 20-cr-194 (DSD/DTS)

    Plaintiff,

v.   **ORDER**

Robert Edward Maloney, Jr. (3),

    Defendant.

The above matter comes before the court upon the report and recommendation of United States Magistrate Judge David T. Schultz dated July 15, 2021 (R&R). No objections have been filed to the R&R in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The R&R [ECF No. 174] is adopted in its entirety; and

2. The motion for suppression of evidence [ECF No. 135] is denied.

Dated: September 28, 2021

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court