# UNITED STATES DISTRICT COURT

DISTRICT OF   MINNESOTA

| United States of America, Plaintiff<br>V.<br>Robert Edward Maloney, Jr., Defendant | | | | DEFENDANT'S EXHIBIT LIST<br><br>Case Number: 20-CR-00194(3) – DSD/DTS |
|---|---|---|---|---|
| **PRESIDING JUDGE**<br>The Honorable David S. Doty | | **PLAINTIFF'S ATTORNEY**<br>Bradley M. Endicott<br>Joseph S. Teirab | | **DEFENDANT'S ATTORNEY**<br>William Michael, Jr.<br>Lindsey N Schmidt |
| **TRIAL DATE (S)**<br>April 4, 2022 | | **COURT REPORTER** | | **COURTROOM DEPUTY** |

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| D-1 | | | | SMI Aware Report- Facebook Account of Senif Joel Garza |
| D-2 | | | | SMI Aware Report- Facebook Account of Taylor Johnson |
| D-3 | | | | SMI Aware Report Facebook Account of Sarah Lahr |
| D-4 | | | | Facebook Photo of Senif Joel Garza [January 2019] |
| D-5 | | | | Text Messages sent and received by Senif Garza on his jail issued iPod while incarcerated at Nicollet County |
| D-6 | | | | Maloney, Robert Financial Report |
| D-7 | | | | Lopez, Ezequiel Financial Report |
| D-8 | | | | Contents of Senif Garza's iPhone |
| D-9 | | | | Contents of Sara Lahr's iPhone |
| D-10 | | | | Photos from March 11 of Sara Lahr [Bates 057-063] |
| D-11 | | | | BCA Investigative Supplemental Report Dated 3/27/19 |
| D-12 | | | | Photos from Jail Cell |
| D-12A | | | | Photo from Jail Cell [Bates 91] |
| D-12B | | | | Photo from Jail cell [Bates 116] |
| D-12C | | | | Photo from jail cell [Bates 101] |
| D-12D | | | | Photo from jail cell [Bates 102] |

| | | | | |
|---|---|---|---|---|
| D-12E | | | | Photo from jail cell [Bates 103] |
| D-12F | | | | Photo from jail cell [Bates 104] |
| D-12G | | | | Photo from jail cell [Bates 105] |
| D-12H | | | | Photo from jail cell [Bates 106] |
| D-12I | | | | Photo from jail cell [Bates 117] |
| D-12J | | | | Photo from jail cell [Bates 132] |
| D-13 | | | | Search warrant report [Bates 178-181] |
| D-14 | | | | Search warrant application and affidavit [Bates 182-194] |
| D-14 | | | | Investigative Supplemental report [Bates 201-205] |
| D-1 | | | | BCA Lab Test [Bates 209-210] |
| D-17 | | | | Case Activity Form [Bates 335-341] |
| D-18 | | | | PBDTF Materials [Bates 761-779] |
| D-29 | | | | PBDTF Materials [Bates 810] |
| D-20 | | | | PBDTF Materials - Photo of Meth [Bates 811-815] |
| D-21 | | | | PBDTF Materials Photos of Maria Lopez home and in driveway [Bates 834-845] |
| D-22 | | | | PBDTF Walmart Photographs [Bates 177] |
| D-23 | | | | PBDTF Walmart Photographs [Bates Range 830-833] |
| D-24 | | | | PBDTF Materials [Bates 834-845] |
| D-25 | | | | CRDVOTF Materials [Bates 452-649] |
| D-25A | | | | CRDVOTF Materials – Taylor Johnson's purse with meth in it [Bates 466-472] |
| D-25B | | | | CRDVOTF Materials [Bates 473] |
| D-25C | | | | CRDVOTF Materials [Bates 476] |
| D-25D | | | | CRDVOTF Materials [Bates 483] |
| D-25E | | | | CRDVOTF Materials [Bates 520] |
| D-25F | | | | CRDVOTF Materials [Bates 532] |
| D-25G | | | | CRDVOTF Materials [Bates 533] |
| D-25H | | | | CRDVOTF Materials [Bates 535] |
| D-25I | | | | CRDVOTF Materials [Bates 536] |
| D-25J | | | | CRDVOTF Materials [Bates 541] |
| D-25K | | | | CRDVOTF Materials [Bates 549] |
| D-25L | | | | CRDVOTF Materials [Bates 552] |
| D-25M | | | | CRDVOTF Materials [Bates 553] |

| | | | | |
|---|---|---|---|---|
| D-25N | | | | CRDVOTF Materials [Bates 557] |
| D-25O | | | | CRDVOTF Materials [Bates 564-566] |
| D-25P | | | | CRDVOTF Materials [Bates 580] |
| D-25Q | | | | CRDVOTF Materials [Bates 586] |
| D-25R | | | | CRDVOTF Materials [Bates 589] |
| D-25S | | | | CRDVOTF Materials [Bates 590] |
| D-25T | | | | CRDVOTF Materials [Bates 594] |
| D-25U | | | | CRDVOTF Materials [Bates 595] |
| D-25V | | | | CRDVOTF Materials [Bates 600] |
| D-25W | | | | CRDVOTF Materials [Bates 603] |
| D-25Y | | | | CRDVOTF Materials [Bates 643] |
| D-25X | | | | CRDVOTF Materials [Bates 644] |
| D-26 | | | | CRDVOTF Materials [Bates 359-372] |
| D-27 | | | | Sara Lahr Plea Agreement |
| D-28 | | | | Senif Garza Plea Agreement |
| D-29 | | | | CRDVOTF Supplemental Report [Bates 353-359] |
| D-30 | | | | Sherburne County Sheriff's Incident Report Dated 9/13/2021 |
| D-31 | | | | CRDVOTF Materials of Arrest Statement of Senif Garza [Bates 342-352] |
| D-32 | | | | Supplemental Report of Interview of Rachel Losh [Bates 780-781] |
| D-33 | | | | Sara Lahr Proffer Statement [Bates 916-924] |
| D-34 | | | | Senif Garza Proffer Statement [Bates 954-960] |
| D-35 | | | | First Grand Jury Transcript of Brandon Johnson |
| D-36 | | | | Second Grand Jury Transcript of Brandon Johnson |
| D-37 | | | | Grand Jury Transcript of Sara Lahr |
| D-38 | | | | Grand Jury Transcript of Senif Garza |
| D-39 | | | | Grand Jury Transcript of Taylor Johnson |
| D-40 | | | | Senif Garza Text Messages [Bates 361-367] |
| D-41 | | | | Senif Garza Text Messages [Bates 368-369] |
| D-42 | | | | Sherburne County Sheriff Major Disciplinary Offenses dated 11/9/2021 |

_____ Pages