UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-CR-194(3) (DSD/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) INFORMATION TO ESTABLISH |
| v. | ) PRIOR CONVICTION |
| | ) |
| ROBERT EDWARD MALONEY, JR., | ) |
| | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Charles J. Kovats, Jr., Acting United States Attorney for the District of Minnesota, and Joseph S. Teirab and Bradley M. Endicott, Assistant United States Attorneys, pursuant to 21 U.S.C. §§ 841(b)(1)(A) and 851(a), and states that, when asking the Court to impose a term of imprisonment of not less than 15 years as to Count 1 of the Superseding Indictment, it will rely upon the defendant's conviction for second degree assault, in violation of Minnesota Statute § 609.222, subdivision 1, a serious violent felony which had become final, and for which he served more than 12 months of imprisonment. *See State of Minnesota v. Robert Edward Maloney, Jr.*, 73-K4-00-005131.

Dated:   March 21, 2022                     Respectfully submitted,

                                            CHARLIE J. KOVATS, JR.
                                            Acting United States Attorney

                                            *s/ Joseph S. Teirab*
                                            BY: JOSEPH S. TEIRAB
                                            BRADLEY M. ENDICOTT
                                            Assistant United States Attorneys