```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
               Criminal No. 20-194(DSD/DTS)
```

United States of America,

       Plaintiff,

v.                                                **ORDER**

Robert E. Maloney, Jr.,

       Defendant.


    This matter is before the court upon the pro se motion to compel defense counsel to surrender the case file to defendant. Defendant intends to file a motion to correct or amend sentence under 28 U.S.C. § 2255 and argues that he is entitled to his case file to prepare that filing. Defendant relies on <u>Maxwell v. Florida</u>, 479 U.S. 972 (1986) and the American Bar Association Standards for Criminal Justice in support of his position.

    This court has rejected those authorities as a basis for the relief defendant seeks. <u>See</u> <u>United States v. Reichel</u>, No. 14cr298, 2020WL638898, at *1 (D. Minn. Feb. 11, 2020). Moreover, defendant's request is premature as he has yet to file a motion under § 2255. <u>See</u> <u>id.</u> Should defendant file such a motion, he may then seek discovery under the applicable rules.

Accordingly, **IT IS HEREBY ORDERED** that the motion to compel [ECF No. 390] is denied.

Dated:  June 11, 2025

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court