**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

                                     Criminal No. 20-194(3) (JRT/DTS)

               Plaintiff,

v.

                               **ORDER DENYING MOTION FOR**
ROBERT EDWARD MALONEY, JR.,            **EXTENSION OF TIME**

               Defendant.

---

Defendant Robert Edward Maloney, Jr. seeks a two-week extension to reply to the Government's response to his motion under 28 U.S.C. § 2255.  But the Court has already issued an order on Maloney's § 2255 motion (Order, May 13, 2026, Docket No. 419), denied a certificate of appealability (*id.*), and judgement has been entered (May 14, 2026, Docket No. 420).  The Court will, therefore, deny Maloney's request for an extension as moot.  The Court further reminds Maloney that while an "applicant may, under 28 U.S.C. § 2253, appeal to the court of appeals from the district court's order denying the application," Fed. R. App. P. 22(a), an appeal must be filed "within 60 days after entry of the judgment," Fed. R. App. P. 4(a)(1).[1]

---

[1] Because the judgment was entered on the Order on Maloney's § 2255 motion on May 14, 2026, an appeal must be filed within 60 days from May 14, 2026.

-2-

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Defendants' Motion for Extension of Time to File Response/Reply

(Docket No. [423]) is **DENIED as moot**.


DATED:  June 30, 2026                                        _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                                    United States District Judge